**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 30, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00771-CV

**MORRELL MASONRY SUPPLY, INC., Appellant**

**V.**

**SHEPHERD LOFT II, L.P., Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 922968**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 30, 2011. On August 2, 2012, appellant filed a motion to dismiss the appeal because it is moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.